UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA RUMLEY, o/b/o, STEVEN P. RUMLEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | No. CV-09-00348-CI <br><br> ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

BEFORE THE COURT is the parties' stipulated motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 12.) The parties have consented to proceed before a magistrate judge. (Ct. Rec. 8.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion for Remand **(Ct. Rec. 12)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will affirm the administrative law judge (ALJ) decision except on the issue of whether Plaintiff was disabled before October 1, 2006. The case will be remanded to an ALJ for a hearing on the issue of Plaintiff's Title II claim and whether Plaintiff was insured for Title II. If it is determined Plaintiff was insured, the date of last insured should be resolved. If

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

1 appropriate, following the determination of Plaintiff's insured
2 status, the issue of whether he was disabled before October 1, 2006,
3 should be addressed.
4     2. Judgment shall be entered for the **PLAINTIFF**.
5     3. An application for attorney fees may be filed by separate
6 motion.
7     The District Court Executive is directed to enter this Order,
8 forward copies to counsel, and thereafter shall close this file.
9     DATED February 19, 2010.

                S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2